# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

V.                    NO. 4:15CR00101-JM-20

**QUANEISHA BOWENS**

## ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

The parties appeared before the Court on June 27, 2016 for a bond hearing. On November 17, 2015, the Court entered an order setting conditions of pretrial release for defendant Quaneisha Bowens (Doc. No. 215). On February 22, 2016, the United States filed a motion to revoke bond (Doc. No. 296) based on Bowens' alleged failure to comply with certain conditions of release, and a hearing was held on that motion March 1, 2016. Bowens was remanded to the custody of the Attorney General at that time for a psychiatric examination. That examination has been completed, and Bowens has been returned to the custody of the U.S. Marshal Service. The parties then filed a joint motion for a bond hearing (Doc. No. 433), and the hearing took place June 27, 2016.

At the hearing, the parties proposed that certain conditions of pretrial release be modified, and the Court agrees that such modifications are appropriate. Bowens' mother Alicia Davis is appointed the third party custodian for Bowens. Bowens is placed on home detention at Davis' home in Junction City, Arkansas, and is authorized to leave only to go to work, attend church, travel to Little Rock to meet with her attorney, meet with her probation officer, and participate in mental health treatment. The conditions of release are also modified to prohibit Bowens from consuming any alcohol.

IT IS THEREFORE ORDERED that the motion to revoke bond (Doc. No. 296) is denied, and the motion for bond hearing (Doc. No. 433) is granted. The conditions of pretrial release for defendant Quaneisha Bowens are hereby modified as set forth in this Order this 27th day of June, 2016.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE